FILED
United States Court of Appeals
Tenth Circuit

February 25, 2015

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

v.

BRENDA WOOD,

   Defendant - Appellant.

No. 15-3002
(D.C. No. 2:14-CR-20065-JAR-1)

_____

**ORDER**

_____

   Appellant's motion to dismiss is granted.  *See* 10th Cir. R. 27.3(A)(9) and Fed. R. App. P. Rule 42(b).

   A copy of this order shall stand as and for the mandate of the court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk