IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED IN OPEN COURT
8/6/18
TIMOTHY M. O'BRIEN, CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 14-20065-01-JAR |
| **BRENDA WOOD,** | ) |
| Defendant. | ) |

## SENTENCING AGREEMENT

The United States of America, by and through United States Attorney Stephen R. McAllister and Assistant United States Attorney Jabari B. Wamble, and defendant Brenda Wood, personally and by and through her counsel, Melody J. Brannon, Federal Public Defender, hereby propose the following agreement to resolve the outstanding sentencing issues in this matter and to allow both parties to obtain certainty in the sentencing process and mitigate litigation risks. If the Court permits, the parties hereby agree:

1. That in full satisfaction of any and all claims the defendant might assert regarding the recording of and/or production to the government of any video recordings of any attorney-client meetings and any audio recordings of attorney-client telephone calls, and/or any alleged prejudice to the defendant therefrom, the plea agreement between the parties pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C), entered into by the parties and accepted by the Court on October 24, 2017 (Doc. 199), be amended with respect to the custody sentence term in subsection 3(a), by changing the sentence term to "50 months," and leaving all other terms of the plea agreement the same;

2.      That the defendant moves to withdraw her Motion to Dismiss Complaint/Case/ Charges/Convictions, filed on May 30, 2018 (Doc. 222), and requests that the Court direct the Clerk's Office to remove that filing from the CM/ECF system; and

3.      That the defendant agrees that all provisions of the instant sentencing agreement fall within the scope of the Waiver of Appeal and Collateral Attack set forth in section 13 of the parties' plea agreement (Doc. 199).

Stephen R. McAllister
United States Attorney
District of Kansas

By _____     Date: 8/6/18
Jabari B. Wamble, # 22730
Assistant U.S. Attorney
500 State Avenue, Suite 360
Kansas City, KS 66101
Phone: (913) 551-6730
Fax: (913) 551-6541
jabari.wamble@usdoj.gov

_____     Date: 8/6/18
Brenda Wood
Defendant

_____     Date: 8.6.18
Melody J. Brannon
Federal Public Defender
500 State Avenue, Suite 201
Kansas City, KS 66101-2400
Phone: (913) 551-6712
Fax: (913) 551-6562
Melody_brannon@fd.org
Attorney for Defendant Wood